UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dominic

    v.                                                Case No. 21-cv-391-LM

Goldman et al

ORDER

Summonses Issued:    July 13, 2021

    The Court has not received proof indicating that timely effective service was made on the defendants. In accordance with Federal Rule of Civil Procedure 4(m), the case will be dismissed without prejudice unless, on or before November 30, 2021, the plaintiff demonstrates that there is good cause for the failure to make timely effective service such that the court should extend the time for service for an appropriate period.

    SO ORDERED.

By the Court,

_____
Landya B. McCafferty
United States District Judge

Date: November 16, 2021

cc: Steven Dominic, pro se

(Rev. 10/14)