UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven Dominic

    v.

                                Case No. 21-cv-391-LM

Goldman et al

JUDGMENT

    Judgment is hereby entered in accordance with the Order by Chief Judge Landya B. McCafferty dated November 16, 2021 (document 5) and the Endorsed Order by Chief Judge Landya B. McCafferty dated January 20, 2022.

                                        By the Court:

                                        /s/ Daniel J. Lynch
                                        Daniel J. Lynch
                                        Clerk of Court

Date: February 1, 2022

cc:   Steven Dominic, pro se